KILPATRICK TOWNSEND & STOCKTON LLP
STEVEN D. MOORE (Bar No. 290875)
smoore@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

KRISTOPHER L. REED (State Bar No. 235518)
kreed@kilpatricktownsend.com
Suite 600, 1400 Wewatta Street
Denver, CO  80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

RICHARD W. GOLDSTUCKER (admitted *pro hac vice*)
rgoldstucker@kilpatricktownsend.com
1100 Peachtree St. NE, Ste. 2800
Atlanta, GA 30309
Telephone: (404) 815-6073
Facsimile: (404) 815-6555

Attorneys for Defendants
MOTOROLA MOBILITY LLC

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SEMICONDUCTOR ENERGY LABORATORY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>BOE TECHNOLOGY GROUP CO., LTD. et al,<br><br>Defendants. | Case No. 3:20-cv-04297-EMC<br><br>**MOTOROLA MOBILITY LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Motorola Mobility LLC by and through its undersigned counsel, hereby states as follows:

1. Motorola Mobility Holdings, LLC, owns 100% of Motorola Mobility LLC's stock.

2. Motorola Mobility Holdings, LLC is indirectly, a wholly-owned subsidiary of Lenovo

Group Limited.

DATED:  October 16, 2020      Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/ Kristopher L. Reed*
KRISTOPHER L. REED
kreed@kilpatricktownsend.com
Suite 600, 1400 Wewatta Street
Denver, CO  80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

STEVEN D. MOORE (Bar No. 290875)
smoore@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

RICHARD W. GOLDSTUCKER (admitted *pro hac vice*)
rgoldstucker@kilpatricktownsend.com
1100 Peachtree St. NE, Ste. 2800
Atlanta, GA 30309
Telephone: (404) 815-6073
FACSIMILE: (404) 815-6555

Attorneys for Defendant Motorola Mobility LLC